MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYNE ARANGO SANIN
Special Assistant United States Attorney
    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5596
    Facsimile: (408) 535-5066
    carolyne.sanin@usdoj.gov

Attorneys for the United States

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
9/12/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSCAR GUZMAN-ROJAS, <br><br> Defendant. | No. """7‑31/et/22269 EJD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING TO October 26, 2011 AND EXCLUDING TIME FROM September 19, 2011, TO October 26, 2011 FROM THE SPEEDY TRIAL ACT CALCULATION |

    The Parties, Manuel Araujo and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for September 19, 2011 at 1:30 pm be vacated, and that the hearing be re-set for October 26, 2011 at 1:30 pm. The parties are requesting the continuance of the hearing due to the need for additional time for effective preparation, the need to jointly negotiate a resolution in this matter, for the continuity of counsel, and in light of the fact that this case has been recently re-assigned to Carolyne A. Sanin.

    The parties stipulate that the time between September 19, 2011 and October 26, 2011, is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of

the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: September 8, 2011          MELINDA HAAG
                                             United States Attorney

                                             /s/
                                           Carolyne A. Sanin
                                           Special Assistant United States Attorney


                                             /s/
                                           MANUEL ARAUJO
                                           Attorney for Defendant

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for September 19, 2011 at 1:30pm is vacated, and the matter is continued to October 46, 2011 at 3:52 'RO. Further, the Court ORDERS that the time between September 19, 2011 and October 46. 2011 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 12, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE