UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TOTAL TIME:** 4 mins

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** Edward J. Davila | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** January 9, 2012 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** CR-11-00269 EJD | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:** Lupita Arce (Spanish) |

## CASE TITLE

USA v. Oscar Guzman-Rojas (C)(I)(P)

## APPEARANCES

**Attorney(s) for Government**: Carolyne Sanin
**Attorney(s) for Defendant(s)**: Donald Kilmer

## PROCEEDINGS

Status Hearing

## ORDER AFTER HEARING

Hearing Held. The Court referred this to the General Duty Magistrate Judge for Identification of Counsel on January 11, 2012 at 9:30 AM. The Court set a further date for Status Hearing on January 23, 2012 at 1:30 PM. Time is excluded from January 9, 2012 through January 23, 2012 for effective preparation of counsel.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: