| | |
|---|---|
| 1 | VICKI H. YOUNG |
| | Law Offices of Vicki H. Young |
| 2 | 706 Cowper Street, Suite 205 |
| | Palo Alto, California 94301 |
| 3 | |
| | Telephone (415) 421-4347 |
| 4 | Fax (650) 289-0636 |
| 5 | Counsel for Oscar Guzman-Rojas |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-269 EJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION RE CONTINUANCE |
| v. | ) | OF STATUS DATE; [PROPOSED] |
| | ) | ORDER |
| OSCAR GUZMAN-ROJAS, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated between the defendant Oscar Guzman-Rojas, by and through his attorney of record VICKI H. YOUNG, and the government, through Special Assistant United States Attorney Carolyne Sanin that the status date of March 5, 2012, at 1:30 p.m. be continued to March 19, 2012, at 1:30 p.m. The reason for this continuance is that the defense counsel has received some reports from the underlying state conviction and needs to review the reports with the defendant before deciding how to proceed in the matter.

Under Title 18 U.S.C. §3161(h)(7)(B)(iv), the continuance is necessary to allow the attorneys for the government and the defense the reasonable time necessary for effective preparation taking into the account the exercise of due diligence. Since defense counsel needs additional time to review the reports and discuss case developments with her client, the time period from March 5,

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

2012, through March 19, 2012, should be excluded.

It is so stipulated.

Dated: February 29, 2012     Respectfully submitted,

   /s/ Vicki H. Young
VICKI H. YOUNG, ESQ.
Attorney for Oscar Guzman-Rojas

Dated: February 29, 2012     MELINDA HAAG
UNITED STATES ATTORNEY

   /s/ Carolyne Sanin
CAROLYNE SANIN
Special Assistant United States Attorney

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

# ~~PROPOSED~~ ORDER

GOOD CAUSE BEING SHOWN, the status date appearance set for March 5, 2012, is continued to March 19, 2012. This Court finds that the period from March 5, 2012, through and including March 19, 2012, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h). The basis for such exclusion is that additional time is needed for defense counsel review reports with her client. Therefore the ends of justice served by such a continuance outweigh the best interest of the public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(7)(A).

As required by 18 U.S.C §3161 (h)(7)(A), this Court finds that the reason that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of the continuance would unreasonably deny both the attorney for the government and the attorney for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED: March 1, 2012

_____
EDWARD J. DAVILA
U.S. DISTRICT JUDGE

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER